KAREN L. LOEFFLER
United States Attorney

KYLE REARDON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Email: kyle.reardon@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| Plaintiff, | ) | |
| | ) | COUNT 1: |
| v. | ) | SEXUAL EXPLOITATION OF A CHILD |
| | ) | – ATTEMPTED DISTRIBUTION OF |
| | ) | CHILD PORNOGRAPHY |
| MICHAEL GRAY, | ) | Vio. of 18 U.S.C. § 2252(a)(2) |
| | ) | and (b)(1) |
| Defendant. | ) | |
| | ) | COUNT 2: |
| | ) | SEXUAL EXPLOITATION OF A CHILD |
| | ) | – POSSESSION OF CHILD |
| | ) | PORNOGRAPHY |
| | ) | Vio. of 18 U.S.C. § 2252(a)(4)(B) |
| | ) | and (b)(2) |
| | ) | |

I N D I C T M E N T

The Grand Jury charges that:

//

//

//

//

# COUNT 1

Sexual Exploitation of a Child – Attempted Distribution of Child Pornography

Between on or about June 26, 2015, and June 29, 2015, within the District of Alaska, the defendant, MICHAEL GRAY, did knowingly attempt to distribute, by any means and facility of interstate and foreign commerce, visual depictions of minors engaging in sexually explicit conduct, to wit: "Valya 7Yo Sweet Russian Angel with smile & a ribbon in her hair @Playfuck Time with her Daddy_ (Good1)_Newage Freefamily_ptsc pthc qqaazz.avi," "Cp Tvg 13 Bond 10-11-12Yo Childlover Little Collection Video 0039 Girl- [REDACTED] String Bikini Pthc 11Yo Pedofilia.mpg," "(Pthc) (Hussyfan) (Kingpass) ([REDACTED]) (Lordofthering) (Moscow) (Liluplanet) (Nablot) (St Petersburg) (R@Ygold) (Babyshivid) [REDACTED] - Tryng Fuck 3 10Yo (Vw-03).avi," and ""Lolitashouse - Lsm 12yo Makeup Tiny Tits.avi," the production of which involved the use of minors engaging in sexually explicit conduct.

All of which is in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1).

# COUNT 2

Sexual Exploitation of a Child – Possession of Child Pornography

On or about September 2, 2015, within the District of Alaska, the defendant, MICHAEL GRAY, did knowingly possess matter containing visual depictions of minors engaging in sexually explicit conduct that have been mailed, and shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which were produced using

materials that have been mailed and shipped and transported, by any means including by computer.

The depictions were produced using minors engaging in sexually explicit conduct and the depictions were of such conduct.

All of which is in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).

A TRUE BILL.

s/ Grand Jury Foreperson<br>GRAND JURY FOREPERSON

s/ Kyle Reardon
KYLE REARDON
United States of America
Assistant U.S. Attorney

s/ Karen L. Loeffler
 KAREN L. LOEFFLER
United States of America
United States Attorney

DATE: _____9-15-15_____